UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                CASE NO. 3:16-cv-1133-J-39PDB

REAL PROPERTY, INCLUDING ALL
IMPROVEMENTS THEREON AND
APPURTENANCES THERETO,
LOCATED AT 3691 S. CATHEDRAL
OAKS PLACE, JACKSONVILLE,
FLORIDA 32217,

        Defendant.

## STATUS REPORT

The United States of America files this Status Report.

This civil forfeiture case has been stayed pending conclusion of a related criminal case.   Doc. 26.

The related criminal case, 3:19-cr-191-J-34JBT, remains pending. The Judge held a special status conference on September 21, 2020 and rescheduled the trial term for the majority of the defendants to begin June 7, 2021.   As discussed in the previous report, Doc. 28, this is a complex case with multiple defendants, and, further, the COVID-19 pandemic reportedly has slowed down access of the defendants to certain portions of the discovery in the

criminal case. The United States respectfully requests that the stay remain in place pending conclusion of the criminal case.

                Respectfully submitted,

                MARIA CHAPA LOPEZ
                United States Attorney

By:   *s/ Bonnie A. Glober*
        BONNIE A. GLOBER
        Assistant United States Attorney
        Florida Bar No. 0748307
        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone: (904) 301-6300
        Facsimile: (904) 301-6310
        Email: bonnie.glober@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

 M. Alan Ceballos, Esquire

    By: *s/ Bonnie A. Glober*
    BONNIE A. GLOBER
     Assistant United States Attorney