UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No. 3:16-cv-1133-BJD-PDB

REAL PROPERTY, INCLUDING ALL
IMPROVEMENTS THEREON AND
APPURTENANCES THERETO,
LOCATED AT 3691 S. CATHEDRAL OAKS
PLACE, JACKSONVILLE, FLORIDA 32217,

    Defendant.

## STATUS REPORT

The United States of America files this Status Report.

The status remains essentially the same as that reported in the November 2021 status report. This civil forfeiture case has been stayed pending conclusion of the related criminal case (criminal case) – Case No. 3:19-cr-191-MMH-JBT. Doc. 26.

Thomas Jones, record owner of the Defendant Property, was found guilty at trial in the criminal case of conspiracy to commit health care fraud and engaging in an illegal monetary transaction. The United States intends to seek forfeiture of the Defendant Real Property in the criminal case and upon entry of a final order of forfeiture as to the Defendant Real Property, the United States will file appropriate closing documents at that time. At this time, the sentencing hearing previously scheduled for the week of December 12, 2022, is cancelled, and will be reset upon further notice.

The United States respectfully requests that the stay remain in place pending conclusion of the criminal case.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   *s/Mai Tran*_____
      MAI TRAN
      Assistant United States Attorney
      Florida Bar No. 100982
      300 N. Hogan Street, Suite 700
      Jacksonville, Florida 32202
      Telephone: (904) 301-6300
      Facsimile: (904) 301-6310
      Email: mai.tran2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

      *s/Mai Tran*_____
      MAI TRAN
      Assistant United States Attorney